IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING IN LEE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 20-3589 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 5th day of August, 2021, upon consideration of the Plaintiff's Request for Review (Doc. No. 20), the Defendant's Response thereto (Doc. No. 21), and Plaintiff's Reply (Doc. No. 22), and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 23), and the objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is DENIED.

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.